IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:15CR20-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(2) RICARDO REYNSO REBOLLAR<br>(3) JOSE DE JESUS MUNOZ<br>(4) PABLO MUNOZ | **ORDER TO DISMISS<br>SELECT REAL PROPERTIES<br>FROM CONSENT ORDERS AND<br>JUDGMENTS OF FORFEITURE** |

THIS MATTER is before the Court on the United States' Motion to Dismiss Select Real Properties from the Consent Orders and Judgments of Forfeiture, (Doc. Nos 72, 76, and 81). (Doc. No. 147). The United States represents in its Motion that the properties lack sufficient equity to merit final forfeiture. For good cause shown, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the following real properties are hereby **DISMISSED** from the Consent Orders, (Doc. Nos. 72, 76, and 81), but that all other terms of the Consent Orders shall remain in effect:

- The real property located at 314 Church Street, Montgomery County, Biscoe, North Carolina;
- The real property located at 1011 Chamberline Drive, Randolph County, Asheboro, North Carolina;
- The real property located at 413 South Whisky, Montgomery County, Candor, North Carolina;
- The real property located at 110 E. Main Street, Montgomery County, Biscoe, North Carolina;
- The real property located at 344 Windy Lane, Montgomery County, Candor, North Carolina;

1

- The real property located at 406 Blake Street (two tracts), Montgomery County, Biscoe, North Carolina; and
- The real property comprising approximately 23.06 acres located on Tarry Church Road, Moore County, more particularly described in Deed Book 3687, Page 335.

SO ORDERED

Signed: September 6, 2016

Robert J. Conrad, Jr.
United States District Judge