IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:15-cr-20-RJC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER TO DISMISS** |
| v. | ) | **SELECT REAL PROPERTIES** |
| | ) | **FROM CONSENT ORDERS AND** |
| (2) RICARDO REYNSO REBOLLAR | ) | **JUDGMENTS OF FORFEITURE** |
| (3) JOSE DE JESUS MUNOZ | ) | |
| (4) PABLO MUNOZ | ) | |

**THIS MATTER** is before the Court on the United States' Motion, (Doc. No. 151) to Dismiss Select Real Properties from the Consent Orders and Judgments of Forfeiture, (Doc. Nos. 72, 76, and 81). The United States represents in its Motion that there are meritorious claims to the real property and that forfeiture is not appropriate. For good cause shown, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the following real properties are hereby **DISMISSED** from the Consent Orders, (Doc. Nos. 72, 76, and 81), but that all other terms of the Consent Orders shall remain in effect:

- The real property comprising approximately 54.842 acres in Rocky Springs Township, Montgomery County, more particularly described in Deed Book 595, Page 35, Eagle Springs, North Carolina; and
- The real property comprising approximately 61.643 acres in Rocky Springs Township, Montgomery County, more particularly described in Deed Book 709, Page 370, Eagles Spring, North Carolina.

**SO ORDERED**

Signed: November 15, 2016

Robert J. Conrad, Jr.
United States District Judge